Todd L. Platek, Esq.
Law Office of Todd L. Platek
36-36 Main Street, Suite 1N
Flushing, New York 11354
Attorney for Creditor
Yantai Zhonglian Industry Co., Ltd.



FILED
JAMES J. WALDRON, CLERK
MAR 13 2014
U.S. BANKRUPTCY COURT
TRENTON, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

NIKI INTERNATONAL, INC.,

Debtor.

Case No. 14-10858-KCF
Chapter 7
Hon. Kathryn C. Ferguson

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that YANTAI ZHONGLIAN INDUSTRY CO., LTD. hereby appears in the above-captioned case as a party-in-interest.

REQUEST IS HEREBY MADE pursuant to F.R.C.P. 5(a) that all notices given or required to be given in this case, and all papers, pleadings, motions, or applications served or required to be served in this case or any adversary proceeding filed in connection therewith, shall be directed to and served upon:

> Todd L. Platek, Esq.
> Law Office of Todd L. Platek
> 36-36 Main Street, Suite 1N
> Flushing, New York 11354
> Tel: 718-888-0899
>     908-347-0482
> Fax: 718-888-0227
> Email: todd_platek@yahoo.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers filed in the case specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex, or any other electronic or non-electronic means, which may affect or seek to affect in any way the rights or interests of the Trustee.

By: _____

Todd L. Platek (TP-6081)
Attorney for Creditor
Yantai Zhonglian Industry Co., Ltd.

Dated: March 7, 2014

To: Barry W. Frost, Esq.
    Teich Groh
    Attorneys for Debtor
    691 State Highway 33
    Trenton, New Jersey 08619-4407
    Tel: 609-890-1500

    John Michael McDonnell, Esq.
    Trustee
    McDonnell Crowley, LLC
    115 Maple Avenue
    Suite 201
    Red Bank, New Jersey 07701
    Tel: 732-383-7233

## CERTIFICATE OF SERVICE

I, Todd L. Platek, hereby certify that, on March 7, 2014, I served by first-class mail the Notice of Appearance and Demand for Service of Papers on:

Barry W. Frost, Esq.
Teich Groh
Attorneys for Debtor
691 State Highway 33
Trenton, New Jersey 08619-4407
Tel: 609-890-1500

John Michael McDonnell, Esq.
Trustee
McDonnell Crowley, LLC
115 Maple Avenue
Suite 201
Red Bank, New Jersey 07701
Tel: 732-383-7233

By: _____

Todd L. Platek (TP-6081)
Attorney for Creditor
Yantai Zhonglian Industry Co., Ltd.