# NOTICE TO UNITED STATES TRUSTEE OF CHAPTER 7 ASSET CASE

The following Chapter 7 Case should be designated as an Asset Case:

**CASE NAME: NIKI INTERNATIONAL, INC.**

**CASE NO.: 14-10858 (KCF)**

**AMOUNT OF FUNDS ON HAND: $_____**

If there are no funds on hand, but assets that will produce funds for this estate, indicate actual or estimated value of the assets:

**ACTUAL VALUE: $_____**

**ESTIMATED VALUE: $_____**

Other information relating to status of case:

AWARD/SETTLEMENT IN DEBTORS PENDING LITIGATION.

Signature of Trustee: /s/ John M. McDonnell     Dated: 03/26/14