---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**McDonnell Crowley, LLC**
115 Maple Avenue – Suite 201
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mcdonnellcrowley.com
Brian T. Crowley (BC2778)
*Counsel to John M. McDonnell,*
  *Chapter 7 Trustee*

In re:

NIKI INTERNATIONAL, INC.,

            Debtor.

Case No. 14-10858 (KCF)

Honorable Kathryn C. Ferguson

Chapter 7

---

Recommended Local Form:  ☒ Followed   ☐ Modified

---

## APPLICATION FOR RETENTION OF CO-SPECIAL COUNSEL
## AND CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

1. The applicant, John M. McDonnell, is the

   ☒ Trustee:   ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

   ☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional, Perkins Coie LLP ("Perkins"), to serve as:

   ☐ Attorney for:   ☐ Trustee   ☐ Debtor-in-Possession

       ☐ Official Committee of _____

LEGAL121581796.2

    ☐    Accountant for:    ☐    Trustee    ☐    Debtor-in-possession

                     ☐    Official Committee of _____

    ☒    Other Professional:

                     ☐    Realtor    ☐    Appraiser    ☒    Special Counsel

                     ☐    Auctioneer   ☐    Other (specify): _____

3. The employment of the professional is necessary because the Trustee requires counsel to render legal services in connection with a review, analysis and prosecution of various causes of action seeking turnover of certain preferential and/or fraudulent conveyances by the Debtor, and other actions arising under Chapter 5 of the Bankruptcy Code.

4. The professional has been selected on the basis of its considerable experience in the field of bankruptcy, in particular Chapter 5 avoidance actions. The Trustee believes that Perkins is well qualified to serve as co-special counsel in this Chapter 7 case.

5. The professional services to be rendered are as follows:

Review, analysis and prosecution of various causes of action seeking turnover of preferential, fraudulent conveyances by the Debtor, and other actions arising under Chapter 5 of the Bankruptcy Code

6. The proposed arrangement for compensation is as follows:

| | |
|---|---|
| Partners/Counsel | $500 and $855* |
| Associates | $315 and $515 |
| Paralegals | $115 - $230 |

*The Partner billing at a rate of $855 will have very limited involvement within this case. The bulk of the work will be handled by Jeffrey D. Vanacore, Counsel, with a billing rate of $580/hour.

7. To the best of the applicant's knowledge, the professional's connection with the

debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, is as follows:

☐ None

☒ Describe connection:

Perkins has no connection with the debtor[a] or any of the defendant(s) to be named in adversary proceedings to be brought by the Trustee in which Perkins will represent the Trustee. Perkins has not performed a search of any other connections with any other parties in the bankruptcy case or any other adversary proceeding.

Due to the size and diversity of its practice, Perkins may have represented or otherwise dealt with, and may now be representing or otherwise dealing with various persons and or entities (and their attorneys and accountants) who are or may consider themselves creditors and/or parties-in-interest in this bankruptcy case. However, such representation or involvement, if any, does not relate to Debtors or their estates.

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e)

☐ Other; explain:

_____

_____

---

[a] Perkins previously represented a landlord that sued Niki for non-payment of rent. The litigation was settled in 2011.

LEGAL121581796.2

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: May 29, 2014           */s/ John M. McDonnell*
                             Signature of Applicant

                             John M. McDonnell, Chapter 7 Trustee
                             Name of Applicant

                                       and

                             **McDonnell Crowley, LLC**
                             *Counsel for John M. McDonnell,*
                              *Chapter 7 Trustee*


                             By:   */s/ Brian T. Crowley*
                                   Brian T. Crowley

## CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

      I have complied with D.N.J. LBR 2014-1(a) by mailing a copy of this application to all the following who did not receive electronic notice from the Court: the United States Trustee, the Debtor and/or Debtor's attorney, the Trustee (as applicable), the secured creditors, the Official Committees (as applicable), and others requesting notice, all of whose addresses are shown on the attached service list, by regular mail, postage prepaid, within one (1) day after filing with the Court.

Date: <u>May 29, 2014</u>      Signed: <u>   */s/ Brian T. Crowley*   </u>
                                                           BRIAN T. CROWLEY

## SERVICE LIST

Mitchell Hausman, Esq.  
United States Department of Justice  
Office of the United States Trustee  
One Newark Center, Suite 2100  
Newark, NJ 07102  

Barry W. Frost  
Teich Groh  
691 State Highway 33  
Trenton, NJ 08619-4407  
609-890-1500  
Email: bfrost@teichgroh.com  

John Michael McDonnell  
McDonnell Crowley, LLC  
115 Maple Avenue  
Suite 201  
Red Bank, NJ 07701  
732-383-7233  
Email: jmcdonnell@mcdonnellcrowley.com  

Todd L Platek  
Law office of Rodd L. Plarek  
36-36 Main Street, Suite 1N  
Flushing, NY 11354  

Aaron Solomon Applebaum  
McElroy, Deutsch,Mulvaney&Carpenter,LLP  
1617 John F. Kennedy Blvd.  
Suite 1500  
Philadelphia, PA 19103  
Emalaapplebaum@mdmc-law.com  

David Wendel  
Pasricha & Patel LLC  
1794 Oak Tree Rd  
Edison, NJ 08820  
732-593-6200  
732-593-6201 (fax)  
Email: david@paricha.com  

Brian T. Crowley, Esq.  
McDonnell Crowley, LLC  
115 Maple Ave., Suite 201  
Red Bank, NJ 07701