| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br><br> McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP <br> 40 West Ridgewood Avenue <br> Ridgewood, New Jersey 07450 <br> J. Nicole Knox, Esq. <br> Telephone: (201) 445-6722 <br> Telecopy: (201) 445-5376 <br> E-Mail: jnknox@mdmc-law.com <br> *Attorneys for Rosenthal & Rosenthal* | |
| In re: <br><br> NIKI INTERNATIONAL, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 14-10858 (KCF) <br><br> Honorable Kathryn C. Ferguson, U.S.B.J. |

### NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICES AND PAPERS

**TO:   UNITED STATES BANKRUPTCY COURT**

**PLEASE TAKE NOTICE** that pursuant to Rule 2002 of the Bankruptcy Rules, McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby appears in the above-captioned case and requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the following:

>J. Nicole Knox, Esq.
>McElroy, Deutsch, Mulvaney & Carpenter, LLP
>40 West Ridgewood Avenue
>Ridgewood, New Jersey 07450
>Phone No.: (201) 445-6722
>Fax No.:   (201) 445-5376
>Email: jnknox@mdmc-law.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any notices of orders, pleadings, motions, applications, complaints, demands, hearings, plans, disclosure statements, requests, petitions, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings.

                              **McElroy, Deutsch, Mulvaney & Carpenter, LLP**
                              Attorneys for Rosenthal & Rosenthal

By:   */s/J. Nicole Knox*
        J. Nicole Knox, Esq.
        McElroy, Deutsch, Mulvaney & Carpenter, LLP
        40 West Ridgewood Avenue
        Ridgewood, New Jersey 07450
        Phone No.: (201) 445-6722
        Fax No.: (201) 445-5376
        jnknox@mdmc-law.com

Dated: September 10, 2014